

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Steven Wayne Bonilla

**Plaintiff,**

V.

Judge Anthony J. Battaglia, et al

(see attachment for complete list of Defendants)

**Defendant.**

Civil Action No.   19cv332-MMA(MSB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action based on Plaintiff's failure to pay the $400 civil filing and administrative fee required by 28 U.S.C. § 1914(a), and certifies that an IFP appeal in this case would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date:   2/20/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Chapman

R. Chapman, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 19cv332-MMA(MSB)

Defendants
Judge Anthony J. Battaglia

Jan M. Adler

Ruben B. Brooks

Andrew G. Schopler

Gonzalez P. Curiel

Dana M. Sabraw

Barbara L. Major

John A. Houston

Cathy Ann Bartick

Cynthia Bashant

Janis L. Sammartino

Conspiracy Members Jone Doe 1-500